1  JOHN H. BRINK BAR NO. 28018
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone: (818) 242-6859
4  Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 11-02632 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| JOHN TRAVIS HOMER, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, JOHN TRAVIS HOMER, in the total amount of $57,074.87.

Dated: June 8, 2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

A. Martinez
By: Deputy Clerk